U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN T. ROUGEAU | CIVIL ACTION NO. 07-0912 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| FEDERAL BUREAU OF INVESTIGATION | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by defendant, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that, there being no genuine issue of material fact and both plaintiff and defendant being entitled to judgment, in part, as a matter of law, the FBI IS HEREBY ORDERED to provide a redacted copy of the last paragraph of the document identified as "Rougeau-46" to plaintiff within 10 days. All other claims of plaintiff are Ordered dismissed with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 19th day of March, 2009.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**